IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **MITCHELL LAMAR BROWN,** | : | **7:23-cr-65 - WLS-TQL-11** |
| | : | |
| Defendant. | : | |
| _____ | : | |

### ORDER

On April 30, 2024, counsel for the Government filed an Unopposed Motion to Continue Change of Plea Hearing (Doc. 370) ("Motion") on behalf of the Government and the Defendant Mitchell Lamar Brown requesting that the Court continue the change of plea hearing scheduled for May 1, 2024. Defense Counsel notified Government's Counsel and the Court that due to a family emergency, Defense Counsel would be unable to attend the change of plea hearing. Government's Counsel represents that she has conferred with Defense Counsel who has no objection to the requested continuance.

Based on the reasons stated in the Motion, the Court finds good cause to continue the April 30, 2024 change of plea hearing.

Accordingly, the Unopposed Motion to Continue Change of Plea Hearing (Doc. 370) is **GRANTED**, and the change of plea hearing set for May 1, 2024, is **CANCELED**. The change of plea hearing is rescheduled for **Wednesday, May 22, 2024 at 1:30 p.m.,** to be held in Albany, Georgia.

**SO ORDERED**, this 1st day of May 2024.

      /s/   W. Louis Sands
      **W. LOUIS SANDS, SR. JUDGE**
      **UNITED STATES DISTRICT COURT**