IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| **MITCHELL LAMAR BROWN,** : | **7:23-cr-65 - WLS-TQL-11** |
| : | |
| Defendant. : | |
| _____ : | |

## **ORDER**

Before the Court is the Defendant's Objections to the Draft Presentence Report (Doc. 461) ("Objections") filed September 13, 2024. The sentencing hearing in this matter has been rescheduled for December 11, 2024. To date, the Government has not responded to the Defendant's Objections (Doc. 461).

Accordingly, the Government is hereby **ORDERED** to file a response to the Defendant's Objections on or before **Tuesday, November 12, 2024**. Defendant may file a reply not later than seven days following the filing of the Government's response.

**SO ORDERED**, this 6th day of November 2024.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**