## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| : | **CASE NO:** |
| v. : | **7:23-cr-65 - WLS-TQL-11** |
| **MITCHELL LAMAR BROWN,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

On January 8, 2025, the Court held Defendant's sentencing hearing. At the hearing, Counsel for the Government and Defendant orally and jointly requested that the hearing be continued because Defendant is expected to be a witness at the trial of co-defendants which begins January 13, 2025.

Accordingly, for good cause shown as stated by Counsel for the Parties, Defendant's sentencing hearing is **CONTINUED**. By separate order or notice, the hearing will be rescheduled at the conclusion of the trial beginning January 13, 2025.

**SO ORDERED**, this 10th day of January 2025.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**

1